

TO: THE CLERK OF THE FIRST COURT OF APPEALS FOR THE
1ST SUPREME JUDICIAL DISTRICT OF TEXAS
(Criminal Appeal)

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 3:49:49 PM
CHRISTOPHER A. PRINE
Clerk

| Cause No: | 11-DCR-058778 | FROM THE 240TH JUDICIAL DISTRICT COURT |
| | | FORT BEND COUNTY, TEXAS |

| JOSHUA JACOB PATTERSON | Judge Presiding: |
| VS | THOMAS R CULVER III |
| THE STATE OF TEXAS | Court Reporter: |
| | LIZ WITTU |

| Counsel for Appellant: | Counsel for Appellee: |
| --- | --- |
| CONNIE B WILLIAMS | JOHN F. HEALEY, JR., DISTRICT ATTORNEY |
| 1314 TEXAS AVENUE SUITE 710 HOUSTON TEXAS 77002 | JOHN HARRITY, STATE'S APPEAL ATTORNEY 301 JACKSON STREET RICHMOND, TEXAS 77469 |
| SBN: 21521500 | AMANDA BOLIN, PROSECUTOR |
| Telephone: 713-225-3700 | 301 JACKSON STREET |
| | RICHMOND, TEXAS 77469 |
| | TELEPHONE: 281–341-4460 |

| | |
| --- | --- |
| Date of Judgment: | JANUARY 21, 2015 |
| Nature of Action: | MURDER |
| Date Judgment & Sentence Signed by Judge: | JANUARY 21, 2015 |
| Disposition of Case: | CONVICTED |
| Jury Trial: | YES |
| Appeals Consolidated Under this Cause: | N/A |
| Companion Cases: | N/A |
| Amount of Appeal Bond: | $.00 |
| Notice of Appeal Filed on: | FEBRUARY 20, 2015 |
| Motion for New Trial Filed on: | FEBRUARY 20, 2015 |
| Appellant Confined: | YES |
| Date Sentence Imposed: | JANUARY 21, 2015 |
| Punishment Assessed: | 50 YEARS IN THE TDCJ |
| Appellant Counsel was: | APPOINTED |

Signed, on this the 23rd day of February, 2015

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: /S/ LISA TUCKER

Deputy District Clerk  Lisa Tucker
Telephone: (281) 341-4516

ELECTRONICALLY SUBMITTED TO THE FIRST COURT OF APPEALS FOR THE 1ST SUPREME JUDICIAL DISTRICT OF TEXAS, AT HOUSTON, TEXAS ON THIS THE 23RD DAY OF FEBRUARY, 2015.

ENCLOSURE(S): NOTICE OF APPEAL AND MOTION FOR NEW TRIAL

11 – DCR – 058778
NOAP
Notice of Appeal
3440322

## NO. 11-DCR-58778

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **240TH JUDICIAL DISTRICT** |
| | § | |
| **JOSHUA JACOB PATTERSON** | § | **FORT BEND COUNTY, TEXAS** |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes JOSHUA JACOB PATTERSON, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against JOSHUA JACOB PATTERSON.

Respectfully submitted,

CONNIE B. WILLIAMS
1314 TEXAS AVENUE
SUITE 710
HOUSTON, TEXAS 77002
Tel: (713) 225-3700
Fax: (713) 225-3140

By:_____
CONNIE B. WILLIAMS
State Bar No. 21521500
CBW1710@HOTMAIL.COM
Attorney for JOSHUA JACOB PATTERSON

## CERTIFICATE OF SERVICE

This is to certify that on February 20, 2015, a true and correct copy of the above and

foregoing document was served on the District Attorney's Office, Fort Bend County, Texas, by

hand delivery.

CONNIE B. WILLIAMS

FILED

2015 FEB 20 PM 1: 25

CLERK DISTRICT COURT
FORT BEND CO. TX

11-DCR-058778
MOTI
Motion (No Fee)
3440333

NO. 11-DCR-58778

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| VS. | § | 240TH JUDICIAL DISTRICT |
| JOSHUA JACOB PATTERSON | § | FORT BEND COUNTY, TEXAS |

## MOTION FOR NEW TRIAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes JOSHUA JACOB PATTERSON, Defendant in the above styled and numbered cause, and files his motion for new trial and as grounds for his motion he would show the Court:

1. Defendant did not testify, and there has been no contest that the Defendant was present in the vehicle. For proof of identity to be a valid purpose, it must be an issue in the case. *Page v. State,* 137 S.W. 3d 75, 78 (Tex. Crim. App. 2004).

2. There is no allegation or proof that this was a gang related crime.

3. The alleged aggravated robbery on December 8, 2010, post August 26, 2010, is not probative of any issue sanctioned by Texas Rules of Evidence Rule 404(b), for admission into evidence at the guilt or innocence phase of Defendant's trial.

4. The alleged gang-affiliation and the alleged Harris County Aggravated Robbery were not proved beyond a reasonable doubt.

5. The cumulative effect of the evidence of the alleged gang-affiliation and the alleged aggravated robbery was prejudicial and outweighed any possible probative value, and the cumulative effect made any limiting instruction a legal fiction which permitted the jury to reach a decision improperly. Texas Rules of Evidence Rule 403. The alleged gang-affiliation and aggravated robbery impressed the jury in an irrational, but indelible, way.

1

6. Because of the admission of evidence of Defendant's alleged gang-affiliation, and alleged aggravated robbery, the State was permitted to "back door" establish what the State deemed as Defendant's **character,** and proffer to the jury that he acted, in this case, in conformance with his evidentiary demonstrated **character.** The gang-affiliation evidence was introduced simply as an attempt to connect the Defendant to gangs in order to show his bad character. *Pondexter vs. State,* 942 S.W. 2d 577, 584 and note 2 (Tex. Crim. App. 1996).

7. The extraneous Court charge as to both the gang-affiliation and aggravated robbery evidence was not specific and did not sufficiently explain to the jury the limited purposes for the consideration of said evidence, and the Court, sua sponte, had the inherent duty to insure that the Court's charge to the jury complied with the Court's rulings on the limited use of evidence admitted by the Court. An instruction that instructs a jury to consider inadmissible evidence for a limited purpose still instructs a jury to consider inadmissible evidence. The complained of evidence should not have been considered for any purpose. *Sandoval v. State,* 409 S.W. 3d 259, 288 (Tex. App. - Austin 2013 no pet.).

Wherefore, premises considered Defendant requests that the Court set aside the judgment and sentence rendered in this cause, and grant the Defendant a new trial.

Respectfully submitted,

Connie B. Williams
1314 Texas, Suite 710
Houston, Texas 77002
713-225-3700
713-225-3140-Fax
TBN 21521500
ATTORNEY FOR DEFENDANT

FILED

2015 FEB 20 PM 1: 25

*Annie Rebecca Elliott*

CLERK DISTRICT COURT
FORT BEND CO, TX

2

## CERTIFICATE OF SERVICE

This is to certify that on February 20, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Fort Bend County, Texas, by hand delivery.

_____
Connie B. Williams

## AFFIDAVIT

BEFORE ME, the undersigned authority appeared Attorney Connie B. Williams, who after being duly sworn by me stated the following under oath:

"My name is Connie B. Williams; I am the attorney for Joshua Jacob Patterson in this cause. I am over the age of 18 years, have never been convicted of a felony, and am competent to make this affidavit.

I prepared the foregoing motion for new trial and every statement contained therein is to the best of my knowledge true and correct.

_____
Connie B. Williams

**SUBSCRIBED AND SWORN TO BEFORE ME,** the undersigned authority, this 20 day of February, 2015.

Notary Public in and for the
State of Texas

MARITZA F GUZMAN
My Commission Expires
April 23, 2017

My Comm. Expires: 4-23-17

3

## <u>ORDER FOR A SETTING</u>

On _____, 2015, the Defendant filed a Motion for New Trial.

The Court finds that the party is entitled to a hearing on this matter, and it is THEREFORE

ORDERED that a hearing on this motion is set for _____, at _____.

Signed on _____ .


_____
JUDGE PRESIDING

4